1  William G. Fig, WSBA 33943
   wfig@sussmanshank.com
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR  97205
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130

5  Attorneys for Green Tree Servicing LLC

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                WESTERN DISTRICT OF WASHINGTON
                       SEATTLE DIVISION
10

| | |
|---|---|
| SHARI RICHMOND and KELVIN RICHARDSON, | Case No. 2:14-cv-01159-RAJ |
| Plaintiffs, | SUPPLEMENTAL NOTICE OF REMOVAL OF GREEN TREE SERVICING LLC |
| vs. | |
| GREEN TREE SERVICING LLC, NORTHWEST TRUSTEE SERVICES, INC., and QUALITY LOAN SERVICING, | (Removed from Snohomish County Superior Court Case No. 14-2-04511-3) |
| Defendants. | |

18  Defendant Green Tree Servicing LLC (the "Removing Defendant") removed this matter to this Court from the Washington Superior Court, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §§ 1332 (diversity) and 1441(c) (supplemental jurisdiction).

21  Because Quality Loan Services, Inc. ("QLS") was not named as a defendant until July 30, 2014, and because the potential deadline to remove this case was August 1, 2014, prior to filing its Notice of Removal, Removing Defendant was not able to determine if QLS consented and agreed to this removal. Removing Defendant's counsel has now had an opportunity to speak with counsel for QLS and it does consent

SUPPLEMENTAL NOTICE OF REMOVAL OF GREEN TREE SERVICING LLC - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1    and agree to this removal.  A copy of QLS' counsel's email consenting and agreeing to

2    the removal is attached as Exhibit 1.

3        DATED this 12th day of August 2014.

4                  SUSSMAN SHANK, LLP

6             By   /s/ William G. Fig

7                  William G. Fig, WSBA 33943
                    Attorneys for Green Tree Servicing LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPPLEMENTAL NOTICE OF REMOVAL OF GREEN TREE SERVICING LLC - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Karen Muir. I am a citizen of Washington County, state of Oregon, over the age of eighteen (18) years, and not a party to this action.

2. On August 12, 2014, I caused to be delivered electronically, via **the court's ecf system,** a copy of **SUPPLEMENTAL NOTICE OF REMOVAL OF GREEN TREE SERVICING LLC** to the interested parties of record, as follows:

| | |
|---|---|
| Beth E. Terrell | bterrell@tmdwlaw.com<br>bkinsey@tmdwlaw.com<br>cstanley@tmdwlaw.com<br>docketrequests@tmdwlaw.com<br>enordby@tmdwlaw.com<br>filing@tmdwlaw.com |
| Charles Elliot Katz | ckatz@northwesttrustee.com<br>chuckkatz@yahoo.com |
| David Arthur Leen | david@leenandosullivan.com<br>angella@leenandosullivan.com<br>ecf@leenandosullivan.com<br>sheila@leenandosullivan.com |
| Jennifer Rust Murray | jmurray@tmdwlaw.com<br>bkinsey@tmdwlaw.com<br>cstanley@tmdwlaw.com<br>docketrequests@tmdwlaw.com<br>enordby@tmdwlaw.com<br>filing@tmdwlaw.com |
| Joseph W. McIntosh | jmcintosh@mccarthyholthus.com<br>jspringer@mccarthyholthus.com |
| Kathleen Sophia Box | katy@nwclc.org<br>Ecf-nwclc@nwclc.org<br>marcia@nwclc.org<br>noah@nwclc.org<br>sheila@nwclc.org |

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Karen D. Muir
Karen D. Muir, Legal Assistant

*22428-021\SUPPLEMENTAL NOTICE OF REMOVAL (01930962);1

SUPPLEMENTAL NOTICE OF REMOVAL OF GREEN TREE SERVICING LLC - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130